# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MV11 | 9155266 | ROBLES | 319 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 07/12/2025 2334 | 13-401(H) |

Place of Offense: DITTO AVE, FORT DETRICK, MD, 21702

Offense Description: Factual Basis for Charge HAZMAT ☐

DRIVING WITH SUSPENDED REGISTRATION

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| JORDAN | RODNEY | L |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 8EB0411 | MD | 18 | KIA SOUL | | B |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 150 Forfeiture Amount |
| | + $30 Processing Fee |
| **PAY THIS AMOUNT AT www.cvb.uscourts.gov** → | $ 180 **Total Collateral Due** |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| 152 FREDERICK DR FREDERICK, MD, 21702 | Date: ~~2234~~ TBD |
| | Time: ~~2234~~ TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9155266*

CVB SCAN 07/21/2025 14:41

**STATEMENT OF PROBABLE CAUSE**

(For issuance of an arrest warrant or summons)

I state that on 12 JULY, 20 25 while exercising my duties as a law enforcement officer in the FORT DETRICK District of MARYLAND

ON JULY 12, 2025 AT APPROXIMATELY 2334 HOURS, I WAS ON PATROL WHEN I OBSERVED A BLACK KIA SOUL BEARING MARYLAND REGISTRATION 8EB0711 TRAVELING NORTHBOUND ON AMBER DRIVE. A ROUTE METERS CHECK INDICATED THAT THE VEHICLES REGISTRATION WAS SUSPENDED DUE TO AN INSURANCE LAPSE AND THAT A TAG PICKUP ORDER HAD BEEN ISSUED. I ACTIVATED MY EMERGENCY EQUIPMENT AND INITIATED A TRAFFIC STOP ON DITTO AVENUE. I MADE CONTACT WITH THE OPERATOR. WHO PROVIDED HIS DRIVERS LICENSE, REGISTRATION AND INSURANCE. HE WAS IDENTIFIED AS RODNEY LAMONTE JORDAN. I ISSUED ONE CVB FOR DRIVING WITH SUSPENDED REGISTRATION.

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/12/2025 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/21/2025 14:41